FILED

MAR 21 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| RON G. VOSS, | ) | No. 12-56168 |
| | ) | |
| Plaintiff - Appellant, | ) | D.C. No. 3:11-cv-00842-H-KSC |
| | ) | |
| v. | ) | ORDER SUBMITTING CASE |
| | ) | WITHOUT ORAL ARGUMENT |
| JERRY E. KNOTTS; ELECTRONIC ARTS, INC., a Delaware corporation, DBA EA Sports; PROCTER & GAMBLE MANUFACTURING CO.; VIACOM INC., a Delaware corporation; VIACOM INTERNATIONAL INC., a Delaware corporation, | ) ) ) ) ) ) ) ) | |
| Defendants - Appellees. | ) ) | |

The court is of the opinion that the facts and legal arguments are adequately presented in the briefs and record and the decisional process would not be significantly aided by oral argument.

Therefore, this matter is ordered submitted without oral argument on April 8, 2014, at Pasadena, California.  Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Samantha Miller
Deputy Clerk